IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELISSA A. LATHAM, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-CIV-133-RAW |
| | ) |
| OPTIONS INCORPORATED, | ) |
| an Oklahoma corporation, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION TO COMPEL GOOGLE, INC. TO COMPLY WITH SUBPOENA**

COMES NOW the Plaintiff, Melissa A. Latham, by and through her attorney of record, Carrie M. Luelling, and for her Unopposed Motion to Compel Google, Inc. to Comply with Subpoena, states and alleges as follows:

1. Plaintiff sent a Subpoena to Google, Inc. on July 18, 2018, requesting All Google drive files for Mlatham346@gmail.com from January 1, 2009 to December 31, 2015. See Subpoena attached hereto as Exhibit "1".

2. On July 24, 2018, Google, Inc. replied by sending an objection letter to Plaintiff's counsel stating it would not provide the documents requested. See letter attached hereto as Exhibit "2".

3. Plaintiff's counsel contacted Google, Inc. personally to discuss the matter. Google continued to state that they would not provide the requested documents since it would violate Section 2702(a) of the federal Stored Communications Act.

4. Defendant's counsel does not object to this Motion.

5. Plaintiff requests that Google, Inc. by compelled to produce the documents requested in the Subpoena served upon them.

WHEREFORE, premises considered, Plaintiff hereby requests the Court compel Google, Inc. to produce the documents requested in the Subpoena served upon them; and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

*s/ Carrie M. Luelling*
Carrie M. Luelling   OBA #31628
320 S. Boston, Ste. 1026
Tulsa, Oklahoma 74103
Telephone (918) 800-9680
***Attorney for Plaintiff***

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify, that on this 2nd day of November, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic filing to the following ECF registrants:

Terry S. O'Donnell
Savage, O'Donnell Affeldt
  Weintraub & Johnson
110 W. 7th Street, Suite 1010
Tulsa, OK  74119

*s/ Carrie M. Luelling*
Carrie M. Luelling